# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) | |
| | ) | |
| BYJU'S ALPHA, INC.,[1] | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | Case No. 24-10140 (BLS) |
| | ) | |
| | ) | |
| BYJU'S ALPHA, INC., | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Adv. Pro. Case No. 26-50221 (BLS) |
| | ) | |
| REVERE MASTER SPV LLC SERIES VII, | ) | |
| REVERE MASTER SPV LLC, REVERE | ) | |
| MANAGER LLC, REVERE SECURITIES LLC, | ) | |
| KYLE M. WOOL, JEROME F. NILES, JOSHUA | ) | |
| A. SHIPLEY, AND JOHN AND JANE DOES 1- | ) | |
| 10 | ) | |
| | ) | **Re: Adv. Docket No. 1** |
| Defendants. | ) | |

## CERTIFICATION OF COUNSEL

The undersigned proposed special litigation counsel for BYJU'S Alpha, Inc. (the "Debtor") hereby certifies as follows:

1. On March 13, 2026, the Debtor filed the redacted complaint commencing the above-referenced adversary proceeding [Adv. Docket No. 1].

2. After conferring with certain parties in interest, the Debtor determined that the redacted information in the Complaint does not need to remain under seal.

3. Attached hereto as **Exhibit A** is a true and correct copy of the Complaint (without exhibits), with no redacted information.

---

[1] The Debtor in this Chapter 11 case, along with the last four digits of the Debtor's federal tax identification number, is: BYJU's Alpha, Inc. (4260). The location of the Debtor's service address for purposes of this Chapter 11 Case is: 1007 N. Market Street Ste. G20 452, Wilmington, Delaware 19801.

Dated: March 20, 2026

**ESBROOK P.C.**

*/s/ Scott J. Leonhardt*
Scott J. Leonhardt (DE 4885)
800 N. King Street, Suite 301
Wilmington, DE 19801
Phone: (302) 650-7540
E-Mail: scott.leonhardt@esbrook.com

-and-

Christopher J. Esbrook
(*Pro Hac Vice* forthcoming)
Kirk Watkins (*Pro Hac Vice* forthcoming)
321 N. Clark Street, Suite 1930
Chicago, IL 60654
Phone: (312) 319-7680
E-mail: christopher.esbrook@esbrook.com
        kirk.watkins@esbrook.com

*Proposed Special Litigation Counsel to the Debtor*