**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | ) |
| | ) |
| BYJU'S ALPHA, INC., | ) Chapter 11 |
| | ) |
| Debtor. | ) Case No. 24-10410 (BLS) |
| | |
| BYJU'S ALPHA, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Adv. Pro. Case. No. 26-50221 (BLS) |
| | ) |
| REVERE MASTER SPV LLC SERIES VII, REVERE | ) |
| MASTER SPV LLC, REVERE MANAGER LLC, | ) |
| REVERE SECURITIES LLC, KYLE M. WOOL, | ) |
| JEROME F. NILES, JOSHUA A. SHIPLEY, AND | ) |
| JOHN AND JANE DOES 1–10, | ) |
| | ) |
| Defendants. | ) |

**STIPULATION**

**WHEREAS**, on March 13, 2026, Plaintiff BYJU'S Alpha, Inc. ("Plaintiff") commenced this action by filing a complaint ("Complaint") against Defendants REVERE MASTER SPV LLC SERIES VII, REVERE MASTER SPV LLC, REVERE MANAGER LLC, REVERE SECURITIES LLC, KYLE M. WOOL, JEROME F. NILES,  JOSHUA A. SHIPLEY (collectively, the "Represented Defendants"), AND JOHN AND JANE DOES 1-10 (collectively, the "Doe Defendants," and together with the Represented Defendants and Plaintiff, the "Parties");

**WHEREAS,** Plaintiff has not formally served process on the Defendants, however, on March 24, 2026, Plaintiff's counsel emailed counsel for the Represented Defendants with a copy of the Complaint;

4938-4092-7645 v.1

**WHEREAS**, on March 27, 2026, the Parties have agreed that the Represented Defendants will accept service of the Complaint through their undersigned counsel and Plaintiff will extend the Represented Defendants' time to answer, move to dismiss, or otherwise respond to the Complaint until April 28, 2026;

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned counsel for the Parties, that:

1.     Undersigned counsel for the Represented Defendants is authorized to and has accepted service of the Complaint on behalf of the Represented Defendants via electronic mail and will agree to accept service of any summons related to the Complaint.

2.     The Represented Defendants shall have until April 28, 2026, to answer, move against, or otherwise respond to the Complaint.

3.     Nothing in this stipulation affects, prevents, or precludes any party from making or asserting any claims, defenses, motions, or arguments in this action, whether on the merits, procedure, jurisdiction, or otherwise, except that, in consideration of the terms herein, the Represented Defendants hereby waive any defenses based on defective service of process.

4.     This Stipulation may be executed in counterparts, each of which shall be deemed an original, but all of which shall constitute one and the same instrument.   Electronic signatures shall be considered original signatures for the purposes of this Stipulation.

Dated: April 14, 2026
       Wilmington, Delaware

<table>
<tr><td>

**ESBROOK P.C.**

/s/ *Scott J. Leonhardt*
Scott J. Leonhardt (DE 4885)
800 N. King Street, Suite 301
Wilmington, DE 19801
Phone: (302) 650-7540
Scott.leonhardt@esbrook.com

-and-

Christopher J. Esbrook
(*Pro Hac Vice* forthcoming)
Kirk Watkins
(*Pro Hac Vice* forthcoming)
321 N. Clark Street, Suite 1930
Chicago, IL 60654
Phone: (312) 319-7680
Christopher.esbrook@esbrook.com
Kirk.watkins@esbrook.com

*Proposed Special Litigation Counsel to the Debtor*

</td><td>

**Gellert Seitz Busenkell & Brown LLC**
**-and-**
**Nelson Mullins Riley & Scarborough LLP**

/s/ *Michael Busenkell*
Michael Busenkell (DE 3933)
1201 N. Orange Street, Suite 300
Wilmington, DE 19801
Phone: (302) 425-5812
Mbusenkell@gsbblaw.com

-and-

Howard W. Schub
330 Madison Avenue, 27th Floor
New York, New York 10017
Phone: (212) 413-9060
Howard.Schub@nelsonmullins.com
Lee B. Hart
201 17th Street NW
Atlanta, GA 30363
Phone: (404) 322-6349
Lee.hart@nelsonmullins.com

*Attorneys for Defendants Revere Master SPV LLC Series VII, Revere Master SPV LLC, Revere Manager LLC, Revere Securities LLC, Kyle M. Wool, Jerome F. Niles, Joshua A. Shipley*

</td></tr>
</table>