**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>BYJU'S ALPHA, INC.,[1]<br><br>Debtor. | Case No. 24-10140 (BLS)<br><br>Chapter 11 |
| BYJU'S ALPHA, INC.,<br><br>Plaintiff,<br><br>v.<br><br>REVERE MASTER SPV LLC SERIES VII, REVERE MASTER SPV LLC, REVERE MANAGER LLC, REVERE SECURITIES LLC, KYLE M. WOOL, JEROME F. NILES, JOSHUA A. SHIPLEY, AND JOHN AND JANE DOES 1-10,<br><br>Defendants. | Adversary Proceeding<br><br>No. 26-50221 (BLS) |

**REVERE DEFENDANTS' MOTION TO DISMISS ADVERSARY COMPLAINT**

Defendants Revere Master SPV LLC Series VII, Revere Master SPV LLC, Revere Manager LLC, Revere Securities LLC, Kyle M. Wool, Jerome F. Niles, and Joshua A. Shipley (collectively, the "Defendants"), by and through their undersigned counsel, submit this motion to dismiss (the "Motion to Dismiss") the adversary complaint filed by BYJU's Alpha, Inc. for failure to state a claim upon which relief can be granted under Rule 12(b)(6) of the Federal Rules of Civil Procedure, as made applicable to this adversary proceeding under Rule 7012(b) of the Federal Rules of Bankruptcy Procedure. In support of this Motion to Dismiss, the Defendants rely on their

[1] The Debtor in this Chapter 11 case, along with the last four digits of the Debtor's federal tax identification number, is: BYJU's Alpha, Inc. (4260). The location of the Debtor's service address for purposes of this Chapter 11 Case is: 1007 N. Market Street Ste. G20 452, Wilmington, Delaware 19801.

*Brief in Support of Revere Defendants' Motion to Dismiss Adversary Complaint* (the "Brief") and the *Appendix of Exhibits to Revere Defendants' Motion to Dismiss Adversary Complaint*, each filed contemporaneously herewith.

WHEREFORE, for the reasons set forth in the Brief, the Defendants respectfully request that the Court grant their Motion to Dismiss and grant such other and further relief as the Court deems just and proper.

Dated: April 28, 2026
Wilmington, Delaware

**GELLERT SEITZ BUSENKELL & BROWN LLC**

*/s/ Michael Busenkell*
Michael Busenkell (DE 3933)
1201 N. Orange Street, Suite 300
Wilmington, DE 19801
Phone: (302) 425-5812
Mbusenkell@gsbblaw.com

-and-

**NELSON MULLINS RILEY & SCARBOROUGH LLP**

Howard W. Schub
330 Madison Avenue, 27th Floor
New York, New York 10017
Phone: (212) 413-9060
Howard.Schub@nelsonmullins.com
Lee B. Hart
201 17th Street NW
Atlanta, GA 30363
Phone: (404) 322-6349
Lee.hart@nelsonmullins.com

*Attorneys for Defendants Revere Master SPV LLC Series VII, Revere Master SPV LLC, Revere Manager LLC, Revere Securities LLC, Kyle M. Wool, Jerome F. Niles, Joshua A. Shipley*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on April 28, 2026, a true and correct copy of the foregoing *Revere Defendants' Motion to Dismiss Adversary Complaint* was served via CM/ECF on all parties registered to receive electronic notices.

*/s/ Michael Busenkell*