**EXHIBIT 1**

**Stipulation**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| BYJU'S ALPHA, INC.,[1] | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | Case No. 24-10140 (BLS) |
| | ) | |
| | ) | |
| BYJU'S ALPHA, INC., | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Adv. Pro. Case No. 26-50221 (BLS) |
| | ) | |
| REVERE MASTER SPV LLC SERIES VII, | ) | |
| REVERE MASTER SPV LLC, REVERE | ) | |
| MANAGER LLC, REVERE SECURITIES LLC, | ) | |
| KYLE M. WOOL, JEROME F. NILES, JOSHUA | ) | |
| A. SHIPLEY, AND JOHN AND JANE DOES 1- | ) | |
| 10 | ) | |
| | ) | |
| Defendants. | ) | |

**STIPULATION EXTENDING TIME FOR THE
PLAINTIFF TO RESPOND TO DEFENDANTS' MOTION TO DISMISS**

BYJU's Alpha, Inc. (the "Plaintiff") and Revere Master SPV LLC Series VII, Revere

Master SPV LLC, Revere Manager LLC, Revere Securities LLC, Kyle M. Wool, Jerome F. Niles,

and Joshua A. Shipley (the "Named Defendants", and together with the Plaintiff, the "Parties",

and each individually, a "Party") hereby stipulate to the following:

WHEREAS, on March 13, 2026, the Plaintiff commenced the above-captioned adversary

proceeding (the "Adversary Proceeding") by filing the *Complaint* against *inter alia* the Named

Defendants;

---

[1] The Debtor in this Chapter 11 case, along with the last four digits of the Debtor's federal tax identification number, is: BYJU's Alpha, Inc. (4260). The location of the Debtor's service address for purposes of this Chapter 11 Case is: 1007 N. Market Street Ste. G20 452, Wilmington, Delaware 19801.

WHEREAS, on April 28, 2026, the Named Defendants filed their *Motion to Dismiss the Complaint* (Adv. Pro. D.I. 6) (the "Motion to Dismiss") and their *Opening Brief in Support of the Motion to Dismiss* (Adv. Pro. D.I. 7);

WHEREAS, pursuant to Local Rules for the United States Bankruptcy Court for the District of Delaware, the Plaintiff's deadline to respond to the Motion to Dismiss is May 12, 2026;

WHEREAS, the Parties have conferred with respect to an extension of the deadline for the Plaintiff to respond to the Motion to Dismiss and the deadline for the Named Defendants to file their Reply in Support of the Motion to Dismiss;

NOW THEREFORE, SUBJECT TO THE COURT'S APPROVAL, IT IS HEREBY STIPULATED AND AGREED as follows:

1.      The deadline for the Plaintiff to respond to the Motion to Dismiss is extended to and including May 28, 2026.

2.      The deadline for the Named Defendants to file a reply in support of their motion to dismiss shall be June 11, 2026.

3.      No Party will be prejudiced by this extension of time to respond to the Motion to Dismiss, and nothing herein shall constitute a waiver of any arguments, claims or defenses that any Party may wish to assert, with all such claims and defenses being expressly reserved.

Dated: May 7, 2026

| | |
|---|---|
| **GELLERT SEITZ BUSENKELL & BROWN LLC** | **ESBROOK P.C.** |

*/s/ Michael Busenkell*

Michael Busenkell (DE 3933)
1201 N. Orange Street, Suite 300
Wilmington, DE 19801
Phone: (302) 425-5812
Email: Mbusenkell@gsbblaw.com

-and-

**NELSON MULLINS RILEY & SCARBOROUGH LLP**

Howard W. Schub
330 Madison Ave., 27th Floor
New York, NY 10017
Phone: (212) 413-9060
Email: howard.schub@nelsonmullins.com

Lee B. Hart
201 17th Street NW
Atlanta, GA 30363
Phone: (404) 322-6349
Email: lee.hart@nelsonmullins.com

*Attorneys for Defendants Revere Master SPV LLC Series VII, Revere Master SPV LLC, Revere Manager LLC, Revere Securities LLC, Kyle M. Wool, Jerome F. Niles, and Joshua A. Shipley*

*/s/ Scott J. Leonhardt*

Scott J. Leonhardt (DE 4885)
800 N. King Street, Suite 301
Wilmington, DE 19801
Phone: (302) 650-7540
Email: scott.leonhardt@esbrook.com

-and-

Christopher J. Esbrook
(*Pro Hac Vice* forthcoming)
Kirk Watkins (*Pro Hac Vice* forthcoming)
321 N. Clark Street, Suite 1930
Chicago, IL 60654
Phone: (312) 319-7680
Email: christopher.esbrook@esbrook.com
kirk.watkins@esbrook.com

*Special Litigation Counsel to the Plaintiff*