**UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>BYJU'S ALPHA, INC.,[1]<br><br>Debtor. | Case No. 24-10140 (BLS)<br><br>Chapter 11 |
| BYJU'S ALPHA, INC.,<br><br>Plaintiff,<br><br>v.<br><br>REVERE MASTER SPV LLC SERIES VII, REVERE MASTER SPV LLC, REVERE MANAGER LLC, REVERE SECURITIES LLC, KYLE M. WOOL, JEROME F. NILES, JOSHUA A. SHIPLEY, AND JOHN AND JANE DOES 1-10,<br><br>Defendants. | Adversary Proceeding<br><br>No. 26-50221 (BLS) |

**DECLARATION OF HOWARD W. SCHUB IN SUPPORT OF REVERE DEFENDANTS' MOTION TO DISMISS ADVERSARY PROCEEDING**

I, Howard W. Schub, declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the following is true and correct to the best of my knowledge:

1. I am a partner in the law firm of Nelson Mullins Riley & Scarborough LLP in the firm's New York, New York office. I am over the age of eighteen, of sound mind, and competent to make this Declaration.

[1] The Debtor in this Chapter 11 case, along with the last four digits of the Debtor's federal tax identification number, is: BYJU's Alpha, Inc. (4260). The location of the Debtor's service address for purposes of this Chapter 11 Case is: 1007 N. Market Street Ste. G20 452, Wilmington, Delaware 19801.

2. I am counsel for Defendants Revere Master SPV LLC Series VII, Revere Master SPV LLC, Revere Manager LLC, Revere Securities LLC, Kyle M. Wool, Jerome F. Niles, Joshua A. Shipley in the above-referenced action.

3. I submit this Declaration to submit to the Court documents referenced in the *Reply in Further Support of Revere Defendants' Motion to Dismiss Adversary Complaint*, filed contemporaneously herewith.

4. Attached hereto as **Exhibit 1** is an executed copy of the $400 Million Facility Agreement between BYJU's Investments Pte Ltd., as borrower, and Revere Master SPV LLC, Series VII (Byju), as lender, dated June 27, 2022.

5. Attached hereto as **Exhibit 2** is an executed copy of the $250 Million Facility Agreement between BYJU's Global Pte Ltd., as borrower, and Revere Master SPV LLC, Series VII-A (Byjus), as lender, dated July 18, 2022.

6. Attached hereto as **Exhibit 3** is a true and correct copy of the Form D filed with SEC on July 13, 2022 by Revere Master SPV Series VII.

7. Attached hereto as **Exhibit 4** is a true and correct copy of the Form D filed with SEC on August 1, 2022 by Revere Master SPV Series VII-A.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

New York, New York
Dated: June 26, 2026

By: */s/ Howard W. Schub*
Howard W. Schub