**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>BYJU'S ALPHA, INC.,[1],<br><br>Debtor. | Chapter 11<br><br>Case No. 24-10140 (BLS) |
| BYJU'S ALPHA, INC.,<br><br>Plaintiff,<br><br>v.<br><br>REVERE MASTER SPV LLC SERIES VII, REVERE MASTER SPV LLC, REVERE MANAGER LLC, REVERE SECURITIES LLC, KYLE M. WOOL, JEROME F. NILES, JOSHUA A. SHIPLEY, AND JOHN AND JANE DOES 1-10,<br><br>Defendants. | Adv. Pro. No. 26-50221 (BLS)<br><br>**Re: A.D.I. 5, 7, 8, 18, 26** |

**DEFENDANTS REVERE MASTER SPV LLC SERIES VII, REVERE MASTER SPV LLC, REVERE MANAGER LLC, REVERE SECURITIES LLC, KYLE M. WOOL, JEROME F. NILES, AND JOSHUA A. SHIPLEY REQUEST FOR ORAL ARGUMENT REGARDING MOTION TO DISMISS ADVERSARY COMPLAINT**

Pursuant to Del. Bankr. L.R. 7007-3 and the Court's Scheduling Order, Defendants Revere Master SPV LLC Series VII, Revere Master SPV LLC, Revere Manager LLC, Revere Securities LLC, Kyle M. Wool, Jerome F. Niles, Joshua A. Shipley (collectively the "**Defendants**"), by and through undersigned counsel, hereby respectfully requests oral argument on the Defendants Motion to Dismiss the Adversary Complaint [ECF 5] filed on April 14, 2026, and all documents

[1] The Debtor in this Chapter 11 case, along with the last four digits of the Debtor's federal tax identification number, is: BYJU's Alpha, Inc. (4260). The location of the Debtor's service address for purposes of this Chapter 11 Case is: 1007 N. Market Street Ste. G20 452, Wilmington, Delaware 19801.

in support, including: (1) Brief *in Support of Revere Defendants' Motion to Dismiss Adversary Complaint* [A.D.I. 7] filed on April 28, 2026; (2) Appendix *of Exhibits to Revere Defendants' Motion to Dismiss Adversary Complaint* [A.D.I. 8] filed on April 28, 2026; (3) Answering Brief *in Opposition to Revere Defendants' Motion to Dismiss Adversary Complaint* [A.D.I. 18] filed on June 10, 2026; and (4) Reply *in Further Support of Revere Defendants' Motion to Dismiss Adversary Complaint* [A.D.I. 26] filed on June 26, 2026.

Date: June 29, 2026

Gellert Seitz Busenkell & Brown LLC

/s/ Michael Busenkell
Michael Busenkell (DE 3933)
1201 N. Orange Street, Suite 300
Wilmington, DE 19801
Phone: (302) 425-5812
mbusenkell@gsbblaw.com

- AND -

Nelson Mullins Riley & Scarborough LLP
Howard W. Schub
330 Madison Avenue, 27th Floor
New York, New York 10017
Phone: (212) 413-9060
Howard.Schub@nelsonmullins.com

Lee B. Hart
201 17th Street NW
Atlanta, GA 30363
Phone: (404) 322-6349
Lee.Hart@nelsonmullins.com

*Attorneys for Defendants Revere Master SPV LLC Series VII, Revere Master SPV LLC, Revere Manager LLC, Revere Securities LLC, Kyle M. Wool, Jerome F. Niles, Joshua A. Shipley*

**CERTIFICATE OF SERVICE**

I, Michael Busenkell, Esq. hereby certify that on the 29th day of June, 2026, a copy of the foregoing *DEFENDANTS REVERE MASTER SPV LLC SERIES VII, REVERE MASTER SPV LLC, REVERE MANAGER LLC, REVERE SECURITIES LLC, KYLE M. WOOL, JEROME F. NILES, AND JOSHUA A. SHIPLEY REQUEST FOR ORAL ARGUMENT REGARDING MOTION TO DISMISS ADVERSARY COMPLAINT* was electronically filed and served via CM/ECF on all parties registered to receive electronic notifications.

**GELLERT SEITZ BUSENKELL & BROWN LLC**

Dated: June 29, 2026

*/s/ Michael Busenkell*
Michael Busenkell (DE 3933)