**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>BYJU'S ALPHA, INC.,[1],<br><br>Debtor. | Chapter 11<br><br>Case No. 24-10140 (BLS) |
| BYJU'S ALPHA, INC.,<br><br>Plaintiff,<br><br>v.<br><br>REVERE MASTER SPV LLC SERIES VII, REVERE MASTER SPV LLC, REVERE MANAGER LLC, REVERE SECURITIES LLC, KYLE M. WOOL, JEROME F. NILES, JOSHUA A. SHIPLEY, AND JOHN AND JANE DOES 1-10,<br><br>Defendants. | Adv. Pro. No. 26-50221 (BLS)<br><br>**Re: A.D.I. 6, 7, 8, 18, 26, 27** |

**NOTICE OF COMPLETION OF BRIEFING**

PLEASE TAKE NOTICE that briefing for the *Motion to Dismiss Adversary Proceeding* [A.D.I. 6] filed on April 14, 2026, has been completed.

PLEASE TAKE FURTHER NOTICE that the following pleadings relevant to this matter are as follows:

1. Brief *in Support of Revere Defendants' Motion to Dismiss Adversary Complaint* [A.D.I. 7] filed on April 28, 2026;

[1] The Debtor in this Chapter 11 case, along with the last four digits of the Debtor's federal tax identification number, is: BYJU's Alpha, Inc. (4260). The location of the Debtor's service address for purposes of this Chapter 11 Case is: 1007 N. Market Street Ste. G20 452, Wilmington, Delaware 19801.

2. Appendix *of Exhibits to Revere Defendants' Motion to Dismiss Adversary Complaint* [A.D.I. 8] filed on April 28, 2026;

3. Answering Brief *in Opposition to Revere Defendants' Motion to Dismiss Adversary Complaint* [A.D.I. 18] filed on June 10, 2026;

4. Reply *in Further Support of Revere Defendants' Motion to Dismiss Adversary Complaint* [A.D.I. 26] filed on June 26, 2026;

5. *Defendants Request for Oral Argument* [A.D.I. 27] filed on June 29, 2026.

Counsel respectfully submits that this matter is ready for disposition.

Date: June 29, 2026

**GELLERT SEITZ BUSENKELL & BROWN LLC**

*/s/ Michael Busenkell*
Michael Busenkell (DE 3933)
1201 N. Orange Street, Suite 300
Wilmington, DE 19801
Phone: (302) 425-5812
Mbusenkell@gsbblaw.com

**NELSON MULLINS RILEY & SCARBOROUGH LLP**
Howard W. Schub
330 Madison Avenue, 27th Floor
New York, New York 10017
Phone: (212) 413-9060
Howard.Schub@nelsonmullins.com

Lee B. Hart
201 17th Street NW
Atlanta, GA 30363
Phone: (404) 322-6349
Lee.Hart@nelsonmullins.com

*Attorneys for Defendants Revere Master SPV LLC Series VII, Revere Master SPV LLC, Revere Manager LLC, Revere Securities LLC, Kyle M. Wool, Jerome F. Niles, Joshua A. Shipley*