**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| BYJU'S ALPHA, INC.,[1] | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | Case No. 24-10140 (BLS) |
| BYJU'S ALPHA, INC., | ) | |
| Plaintiff, | ) | |
| v. | ) | Adv. Pro. No. 26-50221 (BLS) |
| REVERE MASTER SPV LLC SERIES VII, REVERE MASTER SPV LLC, REVERE MANAGER LLC, REVERE SECURITIES LLC, KYLE M. WOOL, JEREOME F. NILES, JOSHUA A SHIPLEY, AND JOHN AND JANE DOES 1-10, | ) | |
| Defendants | ) | |

**NOTICE OF AGENDA OF MATTER SCHEDULED**
**FOR HEARING ON SEPTEMBER 30, 2026 AT 11:30 A.M. (ET)**

> This proceeding will be conducted in person. All counsel and witnesses are expected to attend unless permitted to appear remotely via Zoom. Registration is required by 4:00 p.m. (Eastern time) the business day before the hearing unless otherwise noticed using the eCourtAppearances tool available on the Court's website.

## MATTER GOING FORWARD

1. Revere Defendants' Motion to Dismiss Adversary Complaint [D.I. 6, 4/28/26]

[1] The Debtor in this chapter 11 case, along with the last four digits of the Debtor's federal tax identification number, is: BYJU's Alpha, Inc. (4260). The location of the Debtor's service address for purposes of this chapter 11 case is: 1007 N. Market St. Ste. G20 452, Wilmington, DE 19801.

Related Documents:

A. Complaint [D.I. 1, 3/13/26 (redacted); D.I. 3, 3/14/26 (sealed)

B. Brief in Support of Defendants' Motion to Dismiss Adversary Complaint [D.I. 7, 4/28/26]

C. Appendix of Exhibits to Revere Defendants' Motion to Dismiss Adversary Complaint [D.I. 8, 4/28/26]

D. Plaintiff's Opposition to Revere Defendants' Motion to Dismiss Adversary Complaint [D.I. 18, 6/10/26]

E. Reply in Further Support of Revere Defendants' Motion to Dismiss Adversary Complaint [D.I. 26, 6/26/26]

F. Defendants Revere Master SPV LLC Series VII, Revere Master SPV LLC, Revere Manager LLC, Revere Securities LLC, Kyle M. Wool, Jerome F. Niles, Joshua A. Shipley Request for Oral Argument Regarding Motion to Dismiss Adversary Complaint [D.I. 27, 6/29/26]

G. Notice of Completion of Briefing [D.I. 28, 6/29/26]

H. Notice of Hearing on Revere Defendants' Motion to Dismiss Adversary Complaint [D.I. 29, 8/25/26]

I. Notice of Change of Time for Hearing for Revere Defendants' Motion to Dismiss Adversary Complaint [D.I. 31, 9/22/26]

Status: Oral argument is going forward. A completion of briefing binder with the above pleadings has been delivered to the Court.

Dated: September 28, 2026
Wilmington, Delaware

**YOUNG CONAWAY STARGATT & TAYLOR, LLP**

*/s/ Kenneth J. Enos*

Robert S. Brady (Del. No. 2847)
Kenneth J. Enos (Del. No. 4544)
Jared W. Kochenash (Del. No. 6557)
1000 North King Street
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253
rbrady@ycst.com
kenos@ycst.com
jkochenash@ycst.com

-and-

**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
Susheel Kirpalani (admitted pro hac vice)
Benjamin Finestone (admitted pro hac vice)
Kate Scherling (admitted pro hac vice)
295 Fifth Avenue
New York, New York 10016
Tel.: (212) 849 7000
susheelkirpalani@quinnemanuel.com
benjaminfinestone@quinnemanuel.com
katescherling@quinnemanuel.com

Counsel for the Plan Administrator