**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| PACIFICA OF THE VALLEY CORPORATION,[1] | Case No. 26-11060 (TMH) |
| Debtor. | |

**Hearing Date: September 29, 2026 at 11:00 a.m. (ET)**
**Objection Deadline: At The Hearing**

**NOTICE OF INTERIM HEARING ON DIP FINANCING MOTION**

**PLEASE TAKE NOTICE** that on September 27, 2026, the above-captioned debtor and debtor in possession (the "Debtor") filed the *Debtor's Motion for Entry of Interim and Final Orders (I) Authorizing the Debtor to (A) Obtain Postpetition Secured Financing tnd (B) Utilize Cash Collateral; (II) Granting Liens and Superpriority Administrative Expense Claims; (III) Granting Adequate Protection; (IV) Modifying the Automatic Stay; (V) Scheduling a Final Hearing; and (VI) Granting Related Relief* (the "DIP Motion").

**PLEASE TAKE FURTHER NOTICE** that the Debtors intend to seek interim approval of the DIP Motion and entry of an interim order at the hearing scheduled for **September 29, 2026 at 11:00 a.m. (prevailing Eastern Time)** (the "Hearing") before the Honorable Thomas M. Horan, United States Bankruptcy Judge for the District of Delaware, 824 North Market Street, Third Floor, Courtroom #7, Wilmington, Delaware 19801.

**PLEASE TAKE FURTHER NOTICE** that objections or responses to the interim relief sought may be brought at or before the Hearing.

[1] The Debtor in this chapter 11 case, along with the last four digits of the Debtor's federal tax identification number, is 7312. The Debtor's mailing address is 9449 San Fernando Road, Sun Valley, CA 91352.

**PLEASE TAKE FURTHER NOTICE** that after the Hearing, the Debtors will serve upon you a complete copy of: (a) the DIP Motion; (b) any interim order entered by the Court at the Hearing; and (c) notice of the final hearing on the DIP Motion.

**PLEASE TAKE FURTHER NOTICE** that the Debtors reserve the right to modify, if necessary, the proposed interim order at or before the Hearing.

Dated: September 27, 2026

**PACHULSKI STANG ZIEHL & JONES LLP**

*/s/ Laura Davis Jones*
Laura Davis Jones (DE Bar No. 2436)
Timothy P. Cairns (DE Bar No. 4228)
919 North Market Street, 17th Floor
Wilmington, DE 19801
Telephone: (302) 652-4100
Facsimile: (302) 652-4400
Email: ljones@pszjlaw.com
tcairns@pszjlaw.com

-and-

**DENTONS US LLP**
Tania M. Moyron (admitted *pro hac vice*)
Samuel R. Maizel (admitted *pro hac vice*)
601 S. Figueroa Street #2500
Los Angeles, CA 90017
Telephone: (213) 623-9300
Facsimile: (213) 623-9924
Email: tania.moyron@dentons.com
samuel.maizel@dentons.com

John D. Beck (admitted *pro hac vice*)
Geoffrey Miller (admitted *pro hac vice*)
1221 Avenue of the Americas
New York, NY 10020-1089
Telephone: (212) 768-6700
Facsimile: (212) 768-6800
Email: john.beck@dentons.com
geoffrey.miller@dentons.com

*Counsel to the Debtor and Debtor in Possession*