**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>Pacifica of the Valley Corporation,[1]<br><br>Debtor. | Chapter 11<br><br>Case No. 26-11060 (TMH) |

**DEBTOR'S WITNESS AND EXHIBIT LIST FOR HEARING ON SEPTEMBER 29, 2026 AT 11:00 A.M. (ET) (PREVAILING EASTERN TIME)**

The above-captioned debtor and debtor in possession (the "Debtor") hereby submits this Witness and Exhibit List in connection with the hearing scheduled for **September 29, 2026 at 11:00 a.m. (prevailing Eastern Time)** before the Honorable Thomas M. Horan at the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 3rd Floor, Courtroom 7, Wilmington, Delaware 19801 (the "Hearing").

**WITNESSES**

The Debtor designates the following persons as witnesses in connection with the Hearing:

(1) Peter Chadwick, Chief Restructuring Officer of the Debtor – Mr. Chadwick has submitted a declaration in support of *Debtor's Motion for Entry of Interim and Final Orders (I) Authorizing the Debtor to (A) Obtain Postpetition Secured Financing and (B) Utilize Cash Collateral; (II) Granting Liens and Superpriority Administrative Expense Claims; (III) Granting Adequate Protection; (IV) Modifying the Automatic Stay; (V) Scheduling a Final Hearing; and (VI) Granting Related Relief*. The Debtor may call Mr. Chadwick to provide additional testimony regarding the same.

(2) Andrew R. Turnbull, Managing Director of Houlihan Lokey Capital, Inc. and proposed investment banker to the Debtor – Mr. Turnbull has submitted a declaration in support of *Debtor's Motion for Entry of Interim and Final Orders (I) Authorizing the Debtor to (A) Obtain Postpetition Secured Financing and (B) Utilize Cash Collateral; (II) Granting Liens and Superpriority Administrative Expense Claims; (III) Granting Adequate Protection; (IV) Modifying the Automatic*

1 The Debtor in this Chapter 11 Case, along with the last four digits of the Debtor's federal tax identification number, is 7312. The Debtor's mailing address is 9449 San Fernando Road, Sun Valley, CA 91352.

*Stay; (V) Scheduling a Final Hearing; and (VI) Granting Related Relief*. The Debtor may call Mr. Turnbull to provide additional testimony regarding the same.

As of the time of filing of this Witness and Exhibit List, no other party has identified witnesses in connection with the matters to be heard at the Hearing. To the extent that any party designates witnesses, the Debtor reserves the right to cross-designate all witnesses so designated and reserves the right to call any necessary rebuttal or impeachment witnesses.

## EXHIBITS

The Debtor designates the following exhibits that may be used at the Hearing:

| Exhibit No. | Document Description | Docket No. |
|---|---|---|
| 1. | Declaration of Peter Chadwick in Support of the Debtor's DIP Motion | 217, Exhibit B |
| 2. | Declaration of Andrew Turnbull in Support of the Debtor's DIP Motion | 217, Exhibit C |
| 3. | Lien Subordination Agreement, dated December 17, 2020, by and between First Western Trust Bank and Reliq Pacifica LLC and Beverly Gemini Investments, LLC | |
| 4. | Any exhibit necessary to establish the authenticity or admissibility of documents | |
| 5. | Any exhibit listed or introduced by any other party | |
| 6. | Any documents filed in the above-captioned bankruptcy cases | |
| 7. | Rebuttal and impeachment exhibits as necessary | |

The Debtor reserves the right to object to the entry into evidence of any exhibit, including those listed above. The Debtor also reserves the right to amend, shorten, or supplement this Witness and Exhibit List prior to or during the Hearing.

Dated: September 28, 2026

**PACHULSKI STANG ZIEHL & JONES LLP**

*/s/ Laura Davis Jones*
Laura Davis Jones (DE Bar No. 2436)
Timothy Cairns (DE Bar No. 4228)
919 North Market Street, 17th Floor
Wilmington, DE 19899
Tel: (302) 652-4100
Email: ljones@pszjlaw.com
tcairns@pszjlaw.com

-and -

**DENTONS US LLP**
Tania M. Moyron (admitted *pro hac vice*)
Samuel R. Maizel (admitted *pro hac vice*)
601 S. Figueroa Street #2500
Los Angeles, CA 90017
Telephone: (213) 623-9300
Facsimile: (213) 623-9924
Email: tania.moyron@dentons.com
samuel.maizel@dentons.com

John D. Beck (admitted *pro hac vice*)
Geoffrey Miller (admitted *pro hac vice*)
1221 Avenue of the Americas
New York, NY 10020-1089
Telephone: (212) 768-6700
Facsimile: (212) 768-6800
Email: john.beck@dentons.com
geoffrey.miller@dentons.com

*Counsel to Debtor and Debtor in Possession*