**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| PACIFICA OF THE VALLEY CORPORATION,[1] | Case No. 26-11060 (TMH) |
| Debtor. | **Re: Docket No.: 216** |

**AMENDED[2] NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING ON SEPTEMBER 29, 2026 AT 11:00 A.M. (ET)[3] (PREVAILING EASTERN TIME) BEFORE THE HONORABLE THOMAS M. HORAN IN THE UNITED STATES BANKRUPTCY COURT, 824 NORTH MARKET STREET, 3RD FLOOR, COURTROOM 7, WILMINGTON, DELAWARE 19801**

**This proceeding will be conducted in-person. All counsel and witnesses are expected to attend unless permitted to appear remotely via Zoom. Please refer to Judge Horan's Chambers Procedures and the Court's website (http://www.deb.uscourts.gov/ecourt-appearances) for information on who may participate remotely, the method of allowed participation (video or audio), Judge Horan's expectations of remote participants, and the advance registration requirements. Registration is required by 4:00 p.m. (Eastern time) the business day before the hearing unless otherwise noticed using the eCourt Appearances tool available on the Court's website.**

## RESOLVED MATTERS:

1. Application of the Official Committee of Unsecured Creditors of Pacifica of the Valley Corporation for Entry of an Order Authorizing the Employment and Retention of Ice Miller LLP as Delaware Counsel Effective as of July 20, 2026 [Filed: 8/12/26] (Docket No. 154)

   Response Deadline: August 26, 2026, at 4:00 p.m. (ET)

   Responses Received: None.

[1] The Debtor in this Chapter 11 Case, along with the last four digits of the Debtor's federal tax identification number, is Pacifica of the Valley Corporation (7312). The Debtor's mailing address is 9449 San Fernando Road, Sun Valley, CA 91352.

[2] **Amended items are in bold.**

[3] This Agenda contains hyperlinks to filed documents pursuant to the Court's *Interim Order RE: Cessation of Hand Deliveries*, dated March 13, 2020. Parties may access the filed documents through the hyperlinks for a fee through the Court's website at https://www.deb.uscourts.gov.

Related Documents:

A. Certificate of No Objection Regarding Application of the Official Committee of Unsecured Creditors of Pacifica of the Valley Corporation for Entry of an Order Authorizing the Employment and Retention of Ice Miller LLP as Delaware Counsel Effective as of July 20, 2026 [Filed: 8/27/26] (Docket No. 174)

B. [Signed] Order Authorizing the Employment and Retention of Ice Miller LLP as Delaware Counsel to the Official Committee of Unsecured Creditors of Pacifica of the Valley Corporation, Effective as of July 20, 2026 [Filed: 8/28/26] (Docket No. 178)

Status: The Court has entered an order on this matter. No hearing is necessary.

2. Application for Entry of an Order Authorizing and Approving the Employment of Province, LLC as Financial Advisor to the Official Committee of Unsecured Creditors Effective as of July 24, 2026 [Filed: 8/12/26] (Docket No. 155)

Response Deadline: August 26, 2026, at 4:00 p.m. (ET)

Responses Received: None.

Related Documents:

A. Certificate of No Objection Regarding Application for Entry of an Order Authorizing and Approving the Employment of Province, LLC as Financial Advisor to the Official Committee of Unsecured Creditors Effective as of July 24, 2026 [Filed: 8/27/26] (Docket No. 175)

B. [Signed] Order Authorizing and Approving the Employment of Province as Financial Advisor to the Official Committee of Unsecured Creditors Effective as of July 24, 2026 [Filed: 8/28/26] (Docket No. 179)

Status: The Court has entered an order on this matter. No hearing is necessary.

3. Application to Retain and Employ Sills Cummis & Gross P.C. as Co-Counsel for the Official Committee of Unsecured Creditors of Pacifica of the Valley Corp., Effective as of July 20, 2026 [Filed: 8/12/26] (Docket No. 158)

Response Deadline: August 26, 2026, at 4:00 p.m. (ET)

Responses Received: None.

Related Documents:

A. Supplemental Declaration of Andrew H. Sherman in Support of Application to Retain and Employ Sills Cummis & Gross P.C. as Co-Counsel for the Official

Committee of Unsecured Creditors of Pacifica of the Valley Corp., Effective as of July 20, 2026 [Filed: 8/20/26] (Docket No. 165)

B. Certificate of No Objection Regarding Application to Retain and Employ Sills Cummis & Gross P.C. as Co-Counsel for the Official Committee of Unsecured Creditors of Pacifica of the Valley Corp., Effective as of July 20, 2026 [Filed: 8/27/26] (Docket No. 173)

C. [Signed] Order Authorizing the Employment and Retention of Sills Cummis & Gross P.C. as Co-Counsel for the Official Committee of Unsecured Creditors of Pacifica of the Valley Corp., Effective as of July 20, 2026 [Filed: 8/28/26] (Docket No. 177)

Status: The Court has entered an order on this matter. No hearing is necessary.

4. Application of Patient Care Ombudsman for Entry of Order Authorizing the Retention and Employment of Robinson & Cole LLP as Counsel Nunc Pro Tunc to July 27, 2026 [Filed: 8/21/26] (Docket No. 167)

Response Deadline: September 11, 2026, at 4:00 p.m. (ET)

Responses Received: None.

Related Documents:

A. Certificate of No Objection Regarding Application of Patient Care Ombudsman for Entry of Order Authorizing the Retention and Employment of Robinson & Cole LLP as Counsel Nunc Pro Tunc to July 27, 2026 [Filed: 9/14/26] (Docket No. 196)

B. [Signed] Order Authorizing the Retention and Employment of Robinson & Cole LLP as Counsel Nunc Pro Tunc to July 27, 2026 [Filed: 9/17/26] (Docket No. 202)

Status: The Court has entered an order on this matter. No hearing is necessary.

5. Second Motion of the Debtor for an Order (I) Extending Time to File Schedules of Assets and Liabilities and Statements of Financial Affairs, and (II) Granting Related Relief [Filed: 8/31/26] (Docket No. 180)

Response Deadline: September 14, 2026, at 4:00 p.m. (ET)

Responses Received: None.

Related Documents:

A. Certificate of No Objection Regarding Second Motion of the Debtor for an Order (I) Extending Time to File Schedules of Assets and Liabilities and Statements of

Financial Affairs, and (II) Granting Related Relief [Filed: 9/15/26] (Docket No. 197)

B. [Signed] Order Granting Second Motion of the Debtor for an Order (I) Extending Time to File Schedules of Assets and Liabilities and Statements of Financial Affairs, and (II) Granting Related Relief [Filed: 9/17/26] (Docket No. 203)

Status: The Court has entered an order on this matter. No hearing is necessary.

6. Debtor's Motion for Entry of an Order (I) Setting Bar Dates for Filing Proofs of Claim, Including Requests for Payment Under Section 503(b)(9) of the Bankruptcy Code; (II) Setting a Bar Date for the Filing of Proofs of Claim by Governmental Units; (III) Establishing an Amended Schedules Bar Date and Rejection Damages Bar Date; (IV) Approving the Form and Manner for Filing Proofs of Claim; (V) Approving a Notice of Bar Dates; and (VI) Granting Related Relief [Filed: 9/9/26] (Docket No. 186)

Response Deadline: September 22, 2026, at 4:00 p.m. (ET)

Responses Received: None as of the date of this Notice of Agenda.

Related Documents:

A. Certification of No Objection Regarding Debtor's Motion for Entry of an Order (I) Setting Bar Dates for Filing Proofs of Claim, Including Requests for Payment Under Section 503(b)(9) of the Bankruptcy Code; (II) Setting a Bar Date for the Filing of Proofs of Claim by Governmental Units; (III) Establishing an Amended Schedules Bar Date and Rejection Damages Bar Date; (IV) Approving the Form and Manner for Filing Proofs of Claim; (V) Approving a Notice of Bar Dates; and (VI) Granting Related Relief [Filed: 9/23/26] (Docket No. 211)

B. [Signed] Order: (I) Setting Bar Dates for Filing Proofs of Claim, Including Requests for Payment Under Section 503(b)(9) of the Bankruptcy Code; (II) Setting a Bar Date for the Filing of Proofs of Claim by Governmental Units; (III) Establishing an Amended Schedules Bar Date and Rejection Damages Bar Date; (IV) Approving the Form and Manner for Filing Proofs of Claim; (V) Approving a Notice of Bar Dates; and (VI) Granting Related Relief [Filed: 9/23/26] (Docket No. 212)

Status: The Court has entered an order on this matter. No hearing is necessary.

**MATTERS GOING FORWARD:**

7. Debtor's Motion for the Entry of (I) an Order (1) Approving Auction Sale Format and Bidding Procedures; (2) Approving Process for Discretionary Selection of Stalking Horse Bidder and Bid Protections; (3) Approving Form of Notice to Be Provided to Interested Parties; (4) Scheduling a Court Hearing to Consider Approval of the Sale to the Highest and Best Bidder; and (5) Approving Procedures Related to the Assumption of Certain Executory Contracts and Unexpired Leases; and (II) an Order Authorizing the Sale of

Property Free and Clear of All Claims, Liens and Encumbrances [Filed: 9/10/26] (Docket No. 188)

Response Deadline: September 22, 2026, at 4:00 p.m. (ET) *(extended until September 25, 2026 at 4:00 p.m. (ET) for Axios Capital Solutions, LLC)*

Responses Received: None as of the date of this Notice of Agenda.

Related Documents:

A. [Proposed] Order (1) Approving Auction Sale Format and Bidding Procedures; (2) Approving Process for Discretionary Selection of Stalking Horse Bidder and Bid Protections; (3) Approving Form of Notice to Be Provided to Interested Parties; (4) Scheduling a Court Hearing to Consider Approval of the Sale to the Highest and Best Bidder; and (5) Approving Procedures Related to the Assumption of Certain Executory Contracts and Unexpired Leases; and (II) an Order Authorizing the Sale of Property Free and Clear of All Claims, Liens and Encumbrances [Filed: 9/10/26] (Docket No. 188, Exhibit A)

B. Debtor's Motion to Shorten Notice in Connection with Bid Procedures Motion [Filed: 9/10/26] (Docket No. 190)

   i. [Signed] Order Granting Debtor's Motion to Shorten Notice in Connection with Bid Procedures Motion [Filed: 9/10/26] (Docket No. 191)

C. Notice of Hearing on Debtor's Motion for the Entry of (I) an Order (1) Approving Auction Sale Format and Bidding Procedures; (2) Approving Process for Discretionary Selection of Stalking Horse Bidder and Bid Protections; (3) Approving Form of Notice to Be Provided to Interested Parties; (4) Scheduling a Court Hearing to Consider Approval of the Sale to the Highest and Best Bidder; and (5) Approving Procedures Related to the Assumption of Certain Executory Contracts and Unexpired Leases; and (II) an Order Authorizing the Sale of Property Free and Clear of All Claims, Liens and Encumbrances [Filed: 9/10/26] (Docket No. 192)

Status: **This matter is adjourned to a date to be determined.**

8. Application of the Debtor for Entry of an Order pursuant to 11 U.S.C. §§ 327 and 328(a), Fed. R. Bankr. P. 2014 and 5002, and Local Rules 2014- 1 and 2016-1 Authorizing the Retention and Employment of Houlihan Lokey Capital, Inc. as Investment Banker to the Debtor, nunc pro tunc to July 29, 2026 [Filed: 8/21/26] (Docket No. 166)

   Response Deadline: September 4, 2026, at 4:00 p.m. (ET)

   Responses Received: None as of the date of this Notice of Agenda.

   Related Documents:

A. [Proposed] Order Pursuant to 11 U.S.C. §§ 327 and 328(a), Fed. R. Bankr. P. 2014 and 5002, and Local Rules 2014-1 and 2016-1 Authorizing Retention and Employment of Houlihan Lokey Capital, Inc. as Investment Banker to the Debtor Nunc Pro Tunc to July 29, 2026 [Filed: 8/21/26] (Docket No. 166, Exhibit A)

Status: **This matter is adjourned to a date to be determined.**

9. **Debtor's Motion for Entry of Interim and Final Orders (I) Authorizing the Debtor to (A) Obtain Postpetition Secured Financing and (B) Utilize Cash Collateral; (II) Granting Liens and Superpriority Administrative Expense Claims; (III) Granting Adequate Protection; (IV) Modifying the Automatic Stay; (V) Scheduling a Final Hearing; and (VI) Granting Related Relief [Filed: 9/28/26] (Docket No. 217)**

Response Deadline: **At the hearing.**

Responses Received: None as of the date of this Notice of Agenda.

Related Documents:

A. **[Proposed] Interim Order (I) Authorizing the Debtor to Obtain Postpetition Secured Financing; (II) Granting Liens and Providing Superpriority Administrative Expense Status; (III) Granting Adequate Protection; (IV) Modifying the Automatic Stay; (V) Authorizing the Debtor's Use of Cash Collateral; and (VI) Scheduling a Final Hearing [Filed: 9/28/26] (Docket No. 217, Exhibit A)**

B. **Debtor's Witness and Exhibit List for Hearing on September 29, 2026 at 11:00 A.M. (ET) (Prevailing Eastern Time) [Filed: 9/28/26](Docket No. 218)**

Status: This matter will go forward.

Dated: September 2**8**, 2026

**PACHULSKI STANG ZIEHL & JONES LLP**

*/s/ Laura Davis Jones*
Laura Davis Jones (DE Bar No. 2436)
Timothy P. Cairns (DE Bar No. 4228)
919 North Market Street, 17th Floor
Wilmington, DE 19801
Telephone: (302) 652-4100
Facsimile: (302) 652-4400
Email: ljones@pszjlaw.com
tcairns@pszjlaw.com

-and -

**DENTONS US LLP**
Tania M. Moyron (admitted *pro hac vice*)
Samuel R. Maizel (admitted *pro hac vice*)
601 S. Figueroa Street #2500
Los Angeles, CA 90017
Telephone: (213) 623-9300
Facsimile: (213) 623-9924
Email: tania.moyron@dentons.com
samuel.maizel@dentons.com

John D. Beck (admitted *pro hac vice*)
Geoffrey Miller (admitted *pro hac vice*)
1221 Avenue of the Americas
New York, NY 10020-1089
Telephone: (212) 768-6700
Facsimile: (212) 768-6800
Email: john.beck@dentons.com
geoffrey.miller@dentons.com

*Counsel to the Debtor and Debtor in Possession*